No. 12–5334. AGUILLARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5535. BRASURE *v.* CHAPELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5614. SHRADER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5798. HARDINE *v.* OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION. C. A. 9th Cir. Certiorari denied.

No. 12–6082. K. F. *v.* UTAH. Ct. App. Utah. Certiorari denied.

No. 12–6090. HARTLEY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 12–6435. FORD *v.* BUCHANAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6451. GUTIERREZ *v.* IN RE N. M. G., A CHILD. C. A. 5th Cir. Certiorari denied.

No. 12–6452. GATES *v.* WESTERENG. C. A. 8th Cir. Certiorari denied.

No. 12–6455. PIERCE *v.* LEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 12–6456. HILL *v.* ARANAS ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6459. RIOS RIVERA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–6460. SANDERS *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 12–6461. RUFFIN *v.* SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6464. LEE *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.